JAMES VEST
FULL NAME

COMMITTED NAME (if different)

SALINAS VALLEY STATE PRISON
FULL ADDRESS INCLUDING NAME OF INSTITUTION
P.O. BOX 1050
SOLEDAD, CA 93960
PRISON NUMBER (if applicable)
#AR3848

FILED
CLERK, U.S. DISTRICT COURT
JAN 16 2024
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JAMES VEST

PLAINTIFF,

v.

C. KING, et al.,

DEFENDANT(S).

CASE NUMBER: CV24 492-FLA (SP)
To be supplied by the Clerk

CIVIL RIGHTS COMPLAINT
PURSUANT TO (Check one)
☑ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☑ Yes  ☐ No

2. If your answer to "1." is yes, how many? __1__

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:
   Plaintiff __James Vest__

   Defendants __CSP-LAC__

b. Court __C.D. of CA__

c. Docket or case number __N/A__
d. Name of judge to whom case was assigned __FLA (SP)__
e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) __Dismissed__
f. Issues raised: __Same__

g. Approximate date of filing lawsuit: __2019__
h. Approximate date of disposition __2023__

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☑ Yes  ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☑ Yes  ☐ No

   If your answer is no, explain why not __N/A__

3. Is the grievance procedure completed? ☑ Yes  ☐ No

   If your answer is no, explain why not __N/A__

4. Please attach copies of papers related to the grievance procedure. __Do not have the investigation reports, confidential inquiry.__

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff __James Vest__
                                                        (print plaintiff's name)
who presently resides at __P.O. Box 1050  SVSP__
                         (mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
__CSP - Los Angeles County__
(institution/city where violation occurred)

---

**CIVIL RIGHTS COMPLAINT**

CV-66 (7/97)                                                                                 Page 2 of 7

on (date or dates) __1-15-2019__ , __1-5—10-2019__ . _____.
                              (Claim I)      (Claim II)      (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __C. King__ resides or works at
   (full name of first defendant)
   __44750 60TH St. W, Lancaster, CA 93536 CSP-LAC__
   (full address of first defendant)
   __Correctional Officer__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:
   __Retaliation, Failure to Protect__

2. Defendant __Williams__ resides or works at
   (full name of first defendant)
   __44750 60TH St. W, Lancaster, CA 93536 CSP-LAC__
   (full address of first defendant)
   __Recreational Therapist__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

   Explain how this defendant was acting under color of law:
   __Failure to Protect__

3. Defendant __D. Mahean__ resides or works at
   (full name of first defendant)
   __44750 60TH St. W, Lancaster, CA 93536 CSP-LAC__
   (full address of first defendant)
   __Lieutenant__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:
   __Retaliation, Failure to Protect__

4. Defendant __Crumbly__ resides or works at
   (full name of first defendant)
   __44750 60th St. W, Lancaster, Ca 93536  CSP-LAC__
   (full address of first defendant)
   __Correctional Officer__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:
   __Failure to Protect__

5. Defendant __Rodriguez__ resides or works at
   (full name of first defendant)
   __44750 60th St. W, Lancaster, Ca 93536  CSP-LAC__
   (full address of first defendant)
   __Correctional Officer__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:
   __Failure to Protect__

Retaliation

- On or about January 4, 2019 between January 10TH, 2019 Officer C. King searched my cell and found my staff complaint grievance against her. Officer C. King told me she'll falsify documents of me being a snitch (informant) on which I am not - And child molester to prison gangs to get me attacked for exercising my rights to file a complaint/grievance and be free of reprisal. Officer C. King forefilled her false documents and on 1-15-2019 I was attending mental health group when two prison gang members said Officer C. King provided them with a chrono showing I am a reliable source for Investigative Service Unit and I'm a child Molestor so they stabbed me while I was chained to the chair in the face and back of the head. I received staples in was sent to the outside Hospital.
C. King to pay punitive damages 250,000.00 Individual Capacity

Failure To Protect/Retaliation

- Lieutenant D. Mabean entered my housing unit on 1-15-2019, I told Mabean about threats from prison gangs accusing me of false sex crimes and snitches because of C. King provided false documentation. Mabean told me I should not attempt to file any more grievances, so because I already tried on C. King I'm left for dead. Later on I was stabbed multiple times that day by two prison gang members if Mabean would not been bias, done it's job, investigated the inmates since Mabean was aware of C. King retaliatory actions Mabean condoned, chosed misconduct and failed to protect me, knew I was at risk done nothing to ensure my safety. Mabean Punitive damages Retaliation 25,000.00 Individual Capacity
Punitive damages Failure to Protect 30,000.00 Individual Capacity.

Failure To Protect

On 1-15-2019 Williams, RT kept staring at me after a prison gang member yelled out he was going to stab me (because C. King provided false documents) because I am a Child Molester and that he and his homie had a handcuff key with a knife and was ready to kill me. Williams said "I hate Chesters," or words to that effect, as she got up in was leaving the room she winked at me. I started yelling with all my life in the first inmate Williams seen out of cuffs, she closed the door and failed to press her alarm. By this I could've been killed but I was stabbed in the face and back of the head, this would been prevented if Williams wasn't bias or done her job once she seen him tampering with his handcuffs in group while I was chained to a chair defenseless.

Williams to pay $50,000.00 Punitive damages Individual Capacity

Failure To Protect/Retaliation

On 1-15-2019 Crumbly and Rodriguez both heard me yelling looking through the group room window. I yelled "help look they got knives," or words to that effect, as I had started to get stabbed. Both officers stood there an which felt like eternitey while I was bleeding from my face and head until the alarm sounded. They walked in slow and "you got the 602 snitch Rodriguez said," or words to that effect, as Crumbly said "enough the sexo dealt with get down," or words to that effect. By this it shows they had information my life was at risk and why but done nothing to ensure my safety.

Crumbly to pay $30,000.00 Punitive damages Individual Capacity
Rodriguez to pay $50,000.00 Punitive damages Individual Capacity

Failure To Protect

Due to C. King past out false documentation saying I am a snitch and child molestor because she found a grievance I was trying to turn in on her that she ripped up. King threatened to get me attacked. About a week or so a inmate produced false documents with my name claiming King gave it to them, the next day they stabbed me several times in my facial and back of the head area. King carried out her threats and failed to protect me. King to pay $50,000 Individual Capacity Punitive damages.

I, JAMES VEST DECLARE UNDER PENALTY OF PERJURY ON 1-7-24 IN SOLEDAD, CALIFORNIA   James Vest

DATE 1-7-24

James Vest
plaintiff



