UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JAMES VEST,

                    Plaintiff,

      v.

C. KING, *et al.*,

                Defendants.

Case No. 2:24-cv-00492-FLA (SP)

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

1

Pursuant to 28 U.S.C. § 636, the court has reviewed the First Amended Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff James Vest has not filed any written objections to the Report within the time permitted. The court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Defendants' Motion to Dismiss (Dkt. 39) is granted, and Judgment will be entered DISMISSING the First Amended Complaint and this action with prejudice and without leave to amend.

IT IS SO ORDERED.

Dated: May 19, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge