JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JAMES VEST,

                Plaintiff,

      v.

C. KING, *et al.*,

                Defendants.

Case No. 2:24-cv-00492-FLA (SP)

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, IT IS HEREBY ADJUDGED that the First Amended Complaint and this action are DISMISSED with prejudice.

IT IS SO ORDERED.

Dated: May 19, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

1